# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JAMES MCQUIRTER

VERSUS

LINDA PRYOR

NO.   2020 CW 0476

**SEPTEMBER 03, 2020**

---

In Re:   Linda Pryor, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 22901.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                        **JMM**
                        **MRT**
                        **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
 DEPUTY CLERK OF COURT
     FOR THE COURT